IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS. 3:06MJ61

FILED
CHARLOTTE, N. C.
MAR 3 0 201
U. S. DISTRICT COURT
W. DIST. OF N. C.

| United States of America | ) | ORDER TO SEAL |
| | ) | |
| v. | ) | |
| | ) | |
| GIUSEPPE PILEGGI | ) | |
| Defendant, | ) | |

On the government's motion to seal in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal each this file until further order of the Court.

Signed this the 30th day of March , 2006.

_____
CARL HORN, CHIEF
UNITED STATES MAGISTRATE JUDGE